UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
LEONARDO D'ANDREA,                                             :
                                                               :     **ORDER CLOSING CASE**
                     Plaintiff,              :
   -against-                                                  :     15 Civ. 8256 (AKH)
                                                               :
JOHN F. KELLY,                                                 :
                                                               :
                    Defendant.              :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Having issued an order responding to the Mandate from the Second Circuit and instructing the Clerk of Court to bring the order to the attention of the Second Circuit to restore its jurisdiction, the case should be marked closed.

       SO ORDERED.

Dated:     September 20, 2022                             /s/ Alvin K. Hellerstein
             New York, New York                      ALVIN K. HELLERSTEIN
                                                                    United States District Judge